IN THE UNITED STATES DISTRICT COURT FOR
THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,       )
                                )
            Plaintiff,          )       CIVIL NO.: 2:07-cv-00678
                                )
    vs.                         )
                                )
LAURIE A. PETERSON and          )
HAROLD S. DUTTRY,               )
                                )
            Defendants.         )
                                )

## ORDER OF COURT

AND NOW, to-wit, this ___3rd___ day of ___Mrn___ 2007, upon consideration

of the within Motion for Special Order of Service of Summons and Complaint, IT IS HEREBY

ORDERED that Plaintiff's Motion is GRANTED, and Plaintiff is authorized to serve Defendants

with the Summons and Complaint and any additional document or pleading requiring service in the

manner prescribed by Pa. R.C.P. 402(a) by sending a copy of the document or pleading via First

Class U.S. Mail, Postage Prepaid, Certificate of Mailing and Certified Mail, Return Receipt

Requested to Defendant, Laurie A. Peterson, at 107 Grant Street, Sykesville, PA 15865 and to

Defendant, Harold S. Duttry, at 162 3rd Street, Falls Creek, PA 15840 and by posting a copy of said

document on the mortgaged premises at 162 3rd Street, Falls Creek, PA 15840 with service to be

deemed valid and complete upon mailing and posting.

_____
United States District Judge